**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | April 29, 2014 |
| Court Reporter: | Janet Coppock | Probation: | Gary Burney |
| | | Interpreter: | Susana Cahill |

_____

Criminal Action No. 13-cr-00227-LTB           <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Geoffrey Rieman

    Plaintiff,

v.

1. JOSE LUIS GARCIA-ARAMBULA,               Matthew Golla

    Defendant.

_____

**SENTENCING**
_____

9:32 a.m.     Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Count 1 of the Indictment on January 8, 2014.

9:34 a.m.     Argument by Mr. Golla regarding Defendant's Motion for a Sentence Variance Below the Advisory Guideline Range.

9:40 a.m.     Argument by Mr. Rieman.

Statement by Defendant.

1

Comments by the Court.

**ORDERED**:   Defendant's Motion for a Sentence Variance Below the Advisory Guideline Range [Doc. No. 28, filed April 15, 2014] is DENIED.

**ORDERED**:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Jose Luis Garcia-Arambula, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and 1 day.

**ORDERED**:   Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years.

**ORDERED**:   Conditions of Supervised Release:
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X)   Defendant shall comply with standard conditions as adopted by the Court.
- (X)   Mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) are WAIVED because it is likely that the Defendant will be deported.
- (X)   Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION** of Supervised Release:
- (X)   If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED**:   Defendant shall pay a special assessment of $100.00, which is due and payable immediately.

**ORDERED**:   No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**:   Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:55 a.m.     Court in Recess.
Hearing concluded.
Time:  00:23